United States District Court
for the
District of Rhode Island

**RECEIVED**

DEC 8 2020

U.S. DISTRICT COURT
DISTRICT OF R.I.

Gerald J. Silva, Pro-Se
             Plantiff

                    V.                    Case No. _____

United States Marshalls Service
                    Defendant

Statement of the Facts
for
Complaint for loss of Personal Identification Information and Failure To Remedy the loss Causing Damages.

On May 21, 2020, Plantiff received a correspondence from a relative containing a notice from the United States Marshals Service dated May 1, 2020 stating that Plantiff's Personal Identification Information had been stolen from one of that agency's servers on December 30, 2019.

The notice stated that it is Plantiff's responsibility To protect himself against potential identity theft, and provided contact information to acquire the needed protection.

In order for Plantiff To enroll in the protective services, Plantiff is required to use a Toll-free phone or the internet ... neither of which are available to Plantiff due to Plantiff's current incarceration.

1.

On 5/22/20, Plantiff asked the Unit Officer for assistance with obtaining access to the fore-mentioned phone or internet. The Officer responded that he would past the request along to the Lieutenant, who did not respond.

On 5/25/20, Plantiff sent a written request to the Unit Counselor, who did not respond.

On 5/29/20, Plantiff sent a written request to the Records and I.D. Office, who responded on 6/4/20 that he could not be of assistance.

On 5/29/20, Plantiff sent a letter to Equifax notifying that agency about the theft. Plantiff has not received a response from that agency.

On 9/30/20, Plantiff received a notice from a relative that someone had used Plantiff's Identity to steal Plantiff's stimulous money from the Government.

On 10/28/20, Plantiff sent a letter to the U.S.M.S's c/o ID Experts notifying them about the theft and requesting their assistance with obtaining the protections offered through the phone or internet accessed services. As of the completion of this petition on 11/30/20 at 3:30pm, there has not been a response from the U.S.M's Service.

2.

## Remedies Requested

Plantiff contends that the U.S.M.S. was negligent in their protection of Plantiff's Personal Identification Information and was equally negligent in their failure to provide protective services to Plantiff after the theft had been discovered.

Since the U.S.M.S. knows, or should know, that Plantiff is incarcerated and does not have access to the communications outlets needed to secure the protective services, their negligence is particularly aggrieving.

Plantiff contends that the U.S.M.S's C/O ID Experts' failure to respond to Plantiff's request for assistance demonstrates their deliberate, intentional, and willful indifference to Plantiff's situation and loss.

Therefore, Plantiff is seeking a Court Order directing the Defendant to acquire the protective services for Plantiff.

Plantiff is also seeking restitution for the $1,200 stimulus money that was lost and for any future losses of money due to the Defendant's negligence, including Punitive damages.

Plantiff is respectfully requesting this to be a "Class Action Lawsuit".

3.

## Conclussion

Defendant admittedly failed to protect Plantiff's Personal Identification Information and is responsible for the loss of that information.

Defendant is responsible for any losses curently incurred by Plantiff due to identity theft and for any potential future losses or injuries.

Plantiff is entitled to punitive damages.

Defendant is clearly negligent for waiting five months to notify Plantiff about the loss of identity information.

Defendant is blatantly negligent for not taking immediate, decisive, available action to protect Plantiff against potential damages due to their irresponsible loss of Plantiff's information, especially since Plantiff is knowingly incareerated and unable to access the needed protections.

Defendant's failure to respond to Plantiff's request for assistance on 10/28/20 is indisputable evidence of the Defendant's deliberate and willful intentions not to take responsibility for their

4.

deficient and injurious actions.

There has been no known misuse of Plantiff's identity prior to the irresponsible actions of the Defendant.

Plantiff contends that it is reasonable to conclude that the Defendant has lost the Personal Information of other inmates who are unable to access the needed protection services. Therefore, it is also reasonable for this Honorable Court to designate this Complaint as a "Class Action" lawsuit.

Plantiff notes that a NEWS report on 8/7/20 stated that the U.S. Government fined Capitol One $80 million for Internet Insecurity that lost thousands of Customers' Social Security Numbers.

Plantiff contends that the Defendant should be held accountable to the same legal standards as Capitol One with fines distributed to the victims ... not the government.

I hereby affirm that the fore-mentioned statements are true & factual to the best of my knowledge.

Respectfully Submitted,

Gerald J. Silva, Pro-Se
# 160652                        5.

ACI-Intake Center
P.O. Box 8249
Cranston, RI 02920
11/30/20, 3:30 p.m.

6.

Certificate of Notification

Plantiff continues to be denied to this facility's copying machine and direct access to it's Law Library, Therefore, Plantiff cannot notify anyone except the Honorable Court regarding this Complaint.

Respectfully submitted,

Gerald J. Silva, Pro-Se
#160652
ACI-Intake Center
P.O. Box 8249
Cranston, RI  02920
11/30/20

7.